# United States District Court
## CRIMINAL MINUTES - SENTENCING

| | |
|---|---|
| Case No. __4:07cr56-RH__ | Time Commenced: __10:10 am__ |
| Date __June 11, 2008__ | Time Concluded: __12:55 pm__ |

PROCEEDINGS: Sentencing Hearing Held.  Defendant is sentenced to 36 months custody of BOP, 3 years S/R, $100 SMA, fine waived.

PRESENT:    HON. __**JUDGE ROBERT L. HINKLE**__ Presiding

| Kimberly Curles | Judy Nolton | Corey Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| Janet Williams | Maria Jimenez |
|---|---|
| Probation Officer | Interpreter |

U.S.A v MONSALVE, et al                    ATTORNEYS FOR DEFENDANT

(2) __JORGE ENRIQUE LONDONO__               (2) __Charles McMurry__
   ✔ present  ✔ custody                        ✔ present  ✔ apptd.  ___ retained

✔   DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

✔   Objections were made to the PSR.

___   Motion for Substantial assistance filed (5K1.1)

___   Notice of Enhancement filed    ___ Court Question defendant about prior conviction

___   Report & Recommendation of US Magistrate Judge is Accepted ___ Court Accepts Guilty Plea

___   DEFENDANT ADJUDICATED GUILTY OF COUNT(S): _____; SENTENCE IMPOSED:

✔   DFT remanded to custody of Bureau of Prisons
    on count(s)  __1__ imprisonment for a term of __36__ months
                 ___ imprisonment for a term of ___ months
                 ___ imprisonment for a term of ___ months
                 ___ imprisonment for a term of ___ months
    with said sentences to run ___ concurrently or ___ consecutively

✔   Additional recommendation:
    ✔ Substance Abuse Treatment while in the custody of BOP
    ___ Intensive Confinement Center (ICC)

✔   FINE PAYMENT: ✔ Fine waived; ___ Fine of $___; ✔ SMA OF $ __100.00__ due immediately

___   Dft is liable for restitution of:
    $_____made payable to _____
    $_____ made payable to _____
    $_____ made payable to _____

    ___ DFT is jointly and severally liable for restitution with_____

✔   S/R or PROBATION.   Dft is under
    ✔ Supervised Release upon completion of term of imprisonment for a period of __3__ years
    ___ Probation for a period of ___ years.
    ___ Home Detention of _____ months with Electronic Monitoring

✔   With the following special conditions or modifications:

    ___DFT to be deported upon release from BOP

    ✔ DFT shall cooperate with the US Probation Officer and the DHS regarding Immigration status

      If removed dft shall not re-enter the United States without permission of the Attorney General

✔ DFT to report to the USPO in the district where released within 72 hours of release from custody of BOP.

✔ DFT shall not own or possess a firearm, dangerous weapon or destructive device.

✔ DFT shall submit to: ✔ testing for the use of drugs or alcohol;

   ✔ Substance abuse treatment as may be directed by US Probation Officer;

   ___ Mental Health treatment if deemed necessary by the Probation Officer.

✔ DFT shall provide requested financial information to the U.S. Probation Officer.

___ DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.

___ Upon release dft to: ___ maintain employment or enroll as full-time student;

        ___ complete High School Education.

___ DFT shall notify the probation officer ten days prior to any change of residence or employment.

✔ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments.

✔ DFT shall cooperate with the US Probation Department in the collection of DNA samples as required by 42 U.S.C. § 14135a.

___ ADDITIONAL TERMS:

✔ CUSTODY STATUS
    ✔ DFT committed to the custody of the U.S. Department of Justice.
    ___ DFT to surrender to USMS at _____ or _____ designated institution at his/her own expense no later than_____ on ____.
    ___ DFT remains on bond with ___ the same terms and conditions or ____ modified terms as follows:

___ Remaining count(s)_____ are dismissed on government motion.

✔ Court informs Dft of right to appeal.
    _____ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

___ Defense Attorney shall file notice with the court on whether the Defendant does or doesn't want to appeal

✔ Court recommends place of incarceration at / near  Orlando, FL  .

PROCEEDINGS:

10:10   Court in session
10:16   Argument to the Court by the Government (Smith)
10:17   Argument to the Court by Defense (Morris)
10:21   Argument to the Court by the Government (Smith)
10:27   Rebuttal argument by Defense (Morris)
10:38   Finding of the Court - the PSR is correct - Defendant is not afforded a reduction for minimal or minor role; Guideline Range given
10:41   Statement to the Court by the Government (Smith)
10:46   Statement to the Court by Defense (Villeneuve)
10:50   Finding of the Court as to Gomez - Guideline Range
       Finding of the Court as to Barada - Guideline Range
10:51   Argument to the Court by Defense (McMurry)
11:07   Court in recess
11:20   Court in session
       Continued argument to the Court by Defense (McMurry)
11:25   Clarification by the Court as to the Guilty Plea entered into by Jorge Londono; Guideline Range given
11:28   Statement to the Court by Government (Smith)
11:32   Finding of the Court as to the charges of defrauding the victims

| | |
|---|---|
| 11:35 | Statement to the Court by Defense (Morris) |
| 11:43 | Statement to the Court by Defense (Villeneuve) |
| 11:52 | Statement to the Court by Defense (Sanders) |
| 12:01 | Statement to the Court by Defendant (Rivera) |
| 12:04 | Statement to the Court by Defense (McMurry) |
| 12:12 | Statement to the Court by Government (Smith) |
| 12:28 | No rebuttal argument by Defense (Morris or Villeneuve) |
| | Rebuttal argument by Defense (Sanders) |
| 12:31 | Statement to the Court by Defense (McMurry) |
| 12:35 | Sentence imposed by the Court |
| 12:55 | Court adjourned |

Initials of Deputy Clerk  KJC